UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
CIVIL MINUTES - GENERAL

JS-6

| | |
|---|---|
| Case No. **CV 17-1482-DMG (FFMx)** | Date June 13, 2017 |

Title *Paul Anderson v. Credence Resource Management, LLC.*

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

     In light of Plaintiff's Notice of Voluntary Dismissal filed on June 13, 2017 [Doc. # 11], the Court hereby **DISMISSES** this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Order to Show Cause dated June 12, 2017 [Doc. # 10] is DISCHARGED.

IT IS SO ORDERED.